**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 26, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

SIMON ROCHEL-CERVANTES,

    Defendant - Appellant.

No. 19-3263
(D.C. No. 6:19-CR-10056-JWB-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before us on the United States' *Motion for Summary Disposition/Affirmance*. The United States moves for summary affirmance based on this court's recent published decision in *United States v. Lira-Ramirez*, 951 F.3d 1258 (10th Cir. 2020), *en banc rev. denied* May 1, 2020. While Appellant does not dispute that *Lira-Ramirez* controls the outcome of this appeal and does not contest summary affirmance of

_____

[*] Upon consideration of the United States' motion and Appellant's May 7, 2020 status report, this panel unanimously agrees that this matter can be submitted on these materials and without oral argument. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

the district court's judgment, he reserves the right to petition the United States Supreme Court for further review.

In light of the foregoing, the motion for summary affirmance is granted. The judgment of the district court is affirmed.

Entered for the Court

Per Curiam